**Order filed, June 6, 2018.**



In The

# Court of Appeals
### For The
# First District of Texas
———————————

### NO. 01-18-00363-CV

### CHARLES CANNON, Appellant

### V.

### SOPHEAN KONG, Appellee

---

### On Appeal from the Co Ct at Law No 2 & Probate Ct
### Brazoria County, Texas
### Trial Court Case CI57029

---

### ORDER

The reporter's record in this case was due 06/04/2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM